UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD )<br>3227 D Street, S.E. )<br>Washington, DC 20019 )<br>                            )<br>       Plaintiff, )<br>                            )<br>   v. )<br>                            )<br>OFFICER TONY MASON, BADGE NO. 4943 )<br>Metropolitan Police Department, 6th Dist. )<br>100 42nd Street, N.E. )<br>Washington, DC 20019 )<br>                            )<br>OFFICER MARVIN BRANCH )<br>BADGE NO. 1355 )<br>Metropolitan Police Department, 6th Dist. )<br>100 42nd Street, N.E. )<br>Washington, DC 20019 )<br>                            )<br>   and )<br>                            )<br>DISTRICT OF COLUMBIA )<br>441 4th Street, N.W. )<br>Washington, DC 20001 )<br>                            )<br>       Defendants. )<br>_____ ) | Civil Action No. _____ |

NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 06-2739), filed on April 6, 2006.

    Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 1 through 9 and 13 through 18, the Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Holly M. Johnson /s/
    HOLLY M. JOHNSON [476331]
    Chief, General Litigation Section III

    /s/ Carl J. Schifferle /s/
    CARL J. SCHIFFERLE [463491]
    Assistant Attorney General
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6624
    (202) 727-3625 (fax)
    Email: carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this __10th__ day of May, 2006, to:

Terrell N. Roberts, III, Esq.
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737

    /s/ Carl J. Schifferle /s/
    CARL J. SCHIFFERLE
    Assistant Attorney General