UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL HOWARD,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0885 (ESH) |
| **OFFICER TONY MASON,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Having received defendant District of Columbia's May 10, 2005 Notice of Removal, the Court hereby **ORDERS** the District of Columbia to **SHOW CAUSE**, within ten days of this Order, why this case was timely removed under 28 U.S.C. § 1446.

So ordered.

                                                       /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date: May 11, 2006