UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 06-0885 (ESH) |
| ) | |
| ) | |
| OFFICER TONY MASON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to this Court's order of May 11, 2006, the defendant District of Columbia shows cause why this case was timely removed under 28 U.S.C. § 1446.  Under 28 U.S.C. § 1446, notice of removal must be filed within thirty days after receipt of the complaint by the defendant.  In the present case, the Office of the Attorney General for the District of Columbia received the complaint on April 11, 2006.  (Exh. A).[1]  Defendant filed its notice of removal within thirty days thereafter, on May 10, 2006.  Accordingly, defendant District of Columbia submits that this case was timely removed.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

---

[1] Exhibit A is the front and back side of an Information Sheet that was included with the initial order, summons and complaint received by defendant.  The back side of this sheet (the second page of Exhibit A) contains the Office's date-stamp of April 11, 2006, at 3:13 p.m.

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov