# Superior Court of the District of Columbia
### CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

NATHANIEL HOWARD

vs.

DISTRICT OF COLUMBIA, et al.

Case Number: _____

Date: _____

**Name:** *(please print)* Terrell N. Roberts, III, Esquire
**Firm Name:** Roberts & Wood    965061
**Telephone No.:** 301-699-0764    **Unified Bar No.:**

**Relationship to Lawsuit**
☐ Attorney for Plaintiff
☐ Self (Pro Se)
Other: _____

**TYPE OF CASE:**   ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 2,000,000.00    Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**
☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Other: _____
☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance

**COLLECTION CASES**
☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

**B. PROPERTY TORTS**
☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 3-441
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass
☐ 06 Other: Sec. 1983

**C. PERSONAL TORTS**
☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☒ 03 Assault and Battery
☐ 04 Automobile
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud
☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical
☐ 16 Negligence
☒ 17 Personal Injury
☐ 18 Wrongful Death
☐ 19 Wrongful Eviction
☒ 20 Other: _____
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

Form CV(6)-496/Feb. 95

OFFICE OF THE
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

2006 APR 11  P 3: 13

CIVIL LITIGATION