UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0885 (ESH) |
| | ) |
| OFFICER TONY MASON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of the defendant District of Columbia and Officer Tony Mason's motion to stay proceedings or, in the alternative, for a protective order staying discovery, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this ____ day of _____, 2006,

ORDERED, that the defendant District of Columbia and Officer Tony Mason's motion to stay proceedings is hereby GRANTED; and it is,

FURTHER ORDERED, that proceedings in this case are stayed until the conclusion of the U.S. Attorney's criminal investigation of the incident underlying this lawsuit; and it is,

FURTHER ORDERED, that the District of Columbia shall file a status report upon the conclusion of the criminal investigation, whether resulting in criminal charges or a letter of declination, or if no conclusion, every ____ days from the entry of this Order; and it is,

FURTHER ORDERED, that plaintiff by motion may seek reconsideration of this stay at any time.

_____
ELLEN SEGAL HUVELLE
United States District Judge