IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD          :
                          :
    Plaintiff             :
v.                        :  Case No. 06-0885 (ESH)
                          :
DISTRICT OF COLUMBIA et al. :
                          :
    Defendants.           :

**<u>AMENDED COMLAINT</u>**
(Violation of Constitutional Rights)

Pursuant to F.R.Civ.P. 15, plaintiff amends the complaint and alleges[1]:

**<u>Count 1: 42 U.S. C. §1983, U.S. Const., Amend. IV:</u>**

1.  Subject matter jurisdiction is founded upon D.C. Code, §11-921. Personal jurisdiction is founded on D.C. Code, §13- 423.

2.  This is an action for money damages brought pursuant to 42 U.S.C., §1983 and the Fourth Amendment to the United States Constitution.

3.  Plaintiff Nathaniel Howard ("Howard") is a resident of the District of Columbia.

4.  Officer Tony Mason, Badge No. 4943 ("Mason") and Officer Jonathan Branch, Badge No. 1355 ("Branch") at all times relevant to this action were duly appointed and sworn police officers of the District of Columbia, acting under color of their authority as police officers.

5.  On or about January 31, 2006, at about 9:00 p.m., Howard was in the backyard of his mother's house at 3227 D Street, S.E., Washington, D.C. Branch and Mason, who were on patrol, accosted Howard and asked him to come to them. Plaintiff complied. Branch and Mason

---

[1] The sole purpose of amending the complaint is to change the first name of the defendant Officer Jonathan Branch, which was incorrectly alleged to the "Marvin."

asked Howard if he would allow them to handcuff him for their safety.  Plaintiff complied, and the officers handcuffed Howard.  Branch and Mason asked Howard if they could search in his pants.  Howard allowed only a search of his pants pockets for his identification card.  Branch and Mason asked Howard if he would them to search inside of his pants.  Howard refused.  One of the officers retrieved a pair of elastic gloves from the trunk and put them on.   One officer then grabbed Howard around the legs and yanked them out from under him, causing him to fall and break his right upper arm.  Howard screamed in pain that his arm was broken.  Branch and Mason ignored Howard and put him on their car.  While Howard was in extreme pain, Branch and Mason physically searched his rectum.

6. As a direct and proximate result of the wrongful and illegal actions of Branch and Mason, Howard sustained a complete fracture of the right midshaft of the humerus.  In addition, he has suffered and will continue to suffer great pain in both body and mind.  He has incurred substantial expense for physician and hospital care and treatment of his injuries.   He has been prevented from gainful employment due to the disabling nature of the injury.  Howard also suffered mental and emotional anguish, embarrassment, humiliation, personal indignity, anxiety, loss of time from his normal pursuits, and injury to his reputation.

8. The actions of Branch and Mason violated the clearly established right under the Fourth Amendment right against unreasonable seizure and the use of excessive force.

9. By letter dated February 27, 2006, Howard gave written notice of his claim to the Mayor of the District of Columbia.  The notice was sent by certified mail and was signed for on March 1, 2006.

**Count 2 – Assault and Battery:**

Howard incorporates by reference the allegations in the first 9 numbered paragraphs.

10. Howard did not consent to the violent, unlawful and offensive actions of Branch and Mason.

11. The actions of Branch and Mason constituted an assault and battery and a violation of the law of the District of Columbia.

12. The actions of Branch and Mason were committed within the scope of their employment for the District of Columbia.

Plaintiff Nathaniel Howard demands judgments against Branch, Mason and the District of Columbia in the amount of $3,000,000 in compensatory damages. Against Branch and Mason, Howard demands judgment in punitive damages in the amount of $500,000 each.

> Terrell N. Roberts, III
> Attorney for Plaintiff
> 6801 Kenilworth Avenue, Suite 202
> Riverdale, Maryland 20737
> (301) 699-0764

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

> Terrell N. Roberts, III

## CERTIFICATE OF SERVICE

A copy of the foregoing amended complaint was mailed this 7th day of June, 2006 to:

-3-

Office of the Attorney General
Carl J. Schifferle, Esq.
441 Fourth Street, N.W.
Washington, D.C. 20001

_____
Terrell N. Roberts, III