UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, )<br> )<br> Plaintiff, )<br> )<br>v.                                          )<br> )<br>TONY MASON, *et al.*, )<br> )<br> Defendants. )<br>_____) | Civil Action No. 06-0885 (ESH) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE

Defendant District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully moves this Court to continue the initial scheduling conference currently scheduled for July 11, 2006, at 10:45 a.m. Plaintiff's counsel consents to this request. In support of this motion, defendant states as follows:

1. Defendant's counsel must appear in <u>Elizabeth Bolger v. District of Columbia</u>, 03-cv-0906, scheduled for a status hearing before Judge John D. Bates on July 11, 2006, at 9:30 a.m. Because the duration of this hearing may be as long as two hours, defendant's counsel may be unable to attend the initial scheduling conference in the present case on the same date at 10:45 a.m.

2. In light of their respective schedules, counsel for plaintiff and defendant request that the initial conference be continued to July 11, 2006, between the hours of 11:30 a.m. and 4:00 p.m., or anytime on July 12 through July 14, 2006.

3. This motion is defendant's first request for a continuance of the initial scheduling conference.

4.	The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, defendant respectfully requests that the Court continue the initial scheduling conference currently scheduled for July 11, 2006, at 10:45 a.m.

>	Respectfully submitted,
>
>	ROBERT J. SPAGNOLETTI
>	Attorney General for the District of Columbia
>
>	GEORGE C. VALENTINE
>	Deputy Attorney General, Civil Litigation Division
>
>	/s/ Holly M. Johnson /s/
>	HOLLY M. JOHNSON [476331]
>	Chief, General Litigation Section III
>
>	/s/ Carl J. Schifferle /s/
>	CARL J. SCHIFFERLE [#463491]
>	Assistant Attorney General
>	Suite 600S
>	441 Fourth Street, N.W.
>	Washington, D.C. 20001
>	(202) 724-6624
>	(202) 727-3625 (fax)
>	Email: carl.schifferle@dc.gov

## RULE 12-I CERTIFICATE

Plaintiff's counsel consents to the relief requested herein.

>	/s/ Carl J. Schifferle /s/
>	CARL J. SCHIFFERLE
>	Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TONY MASON, *et al.,* )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0885 (ESH) |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT
DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE THE INITIAL
SCHEDULING CONFERENCE</u>

1.   Fed. R. Civ. P. 6(b)(1).

2.   The inherent powers of this Court.

3.   The reasons stated in the Defendant District of Columbia's Consent Motion to

Continue the Initial Scheduling Conference.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [#463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov