UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD,                              )
                                               )
                   Plaintiff,                  )
                                               )
        v.                                     ) Civil Action No. 06-0885 (ESH)
                                               )
TONY MASON, *et al*.,                          )
                                               )
                   Defendants.                 )
_____      )

ORDER

Upon consideration of the defendant District of Columbia's consent motion to continue

the scheduling conference, the memorandum of points and authorities filed in support thereof,

and for good cause shown, it is by the Court this _____ day of _____, 2006,

        ORDERED, that the defendant's motion is hereby GRANTED; and it is,

        FURTHER ORDERED, that the scheduling conference set for July 11, 2006, at 10:45

a.m. is hereby CONTINUED to _____, at _____.


                        _____
                        ELLEN SEGAL HUVELLE
                        United States District Judge