UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0885 (ESH) |
| ) | |
| OFFICER TONY MASON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3 and this Court's order of June 16, 2006, plaintiff's counsel and counsel for the defendants District of Columbia and Officer Tony Mason have conferred and hereby submit this joint report.[1]

This is an action under 42 U.S.C. Sec. 1983 and the laws of the District of Columbia for violation of the plaintiff's constitutional and civil rights when, according to plaintiff, he was violently assaulted by the defendant police officers. Defendants deny all allegations of wrongdoing, including assault.

The parties also address the topics in Rule 16.3(c) as follows:

1. <u>Dispositive Motions</u>: The parties do not believe that this case can be disposed of by dispositive motion at this time, although defendants believe this case may be disposed of by motion after the close of discovery.

2. <u>Joinder of Parties and Amendment of Pleadings</u>: The plaintiff proposes that the deadline for joinder of parties or amendment of pleadings be 120 days after the entry of a scheduling order. Defendants propose thirty (30) days.

---

[1] The remaining defendant, Jonathan Branch, has not yet been served but just recently authorized undersigned counsel to accept service on his behalf.

3. <u>Magistrate Judge</u>:  The parties do not wish to have this case assigned to a magistrate for all purposes.

4. <u>Settlement</u>:  There does not appear to be a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>:  The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6. <u>Summary Judgment</u>:  The parties request thirty (30) days after the close of discovery to file any dispositive motions; thirty (30) days thereafter for oppositions; and fourteen (14) days thereafter for replies.

7. <u>Initial Disclosures</u>:  The parties have agreed to dispense with initial Rule 26(a)(1) disclosures.

8. <u>Discovery</u>:  The parties request a limit of twenty-five (25) interrogatories and five (5) depositions per side, excluding expert witnesses.  The parties also request that written discovery requests be submitted within sixty (60) days of the entry of a scheduling order, and that all discovery be completed within 180 days of the entry of such order.

9. <u>Experts</u>:  The parties propose that plaintiffs' expert disclosures be served within 120 days after the entry of a scheduling order, and that defendants' expert disclosures be served thirty (30) days thereafter.

10. <u>Class Actions</u>:  Not applicable.

11. <u>Bifurcation</u>:  There does not appear to be the need for bifurcation of discovery or trial at this time.

12. <u>Pretrial Conference</u>:  The plaintiff requests that the pretrial conference be scheduled within thirty (30) days after resolution of dispositive motions.  The defendants agree

that the Court should schedule a pretrial conference to follow the resolution of any dispositive motions.

    13.    <u>Trial</u>:   The parties request that a trial date be set at the pretrial conference.

    14.    <u>Other Matters</u>:  Defendants have filed a motion to stay proceedings until resolution of a criminal investigation by the U.S. Attorney's Office of the incident underlying this lawsuit.  Plaintiff opposes the requested stay.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

/s/ Terrell N. Roberts, III /s/
Terrell N. Roberts, III
6801 Kenilworth Avenue, Ste. 202
Riverdale, MD 20737
(301) 699-0764
*Attorney for Plaintiff*

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Attorneys for Defendants*