UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0885 (ESH) ) |
| OFFICER TONY MASON, *et al.*, | ) ) |
| Defendants. | ) ) |

SCHEDULING ORDER

Upon consideration of the Joint Meet and Confer Statement and the entire record herein, it is by the Court this _____ day of _____, 2006,

ORDERED, that the following deadlines are set in this matter, calculated from the date of the entry of this scheduling order:

| | |
|---|---|
| Amendment of Pleadings | (30) (120) days |
| Deadline for Written Discovery Requests | 60 days |
| Plaintiff's Expert Disclosures | 120 days |
| Defendant's Expert Disclosures | 150 days |
| All Discovery Closed | 180 days |
| Deadline for Filing Motions | 210 days |
| Deadline for Oppositions | 240 days |
| Deadline for Replies | 264 days; |

and it is,

FURTHER ORDERED, that initial disclosures are not required; and it is,

2

FURTHER ORDERED, that the parties are limited to twenty-five (25) interrogatories and five (5) depositions per side, excluding expert witnesses.

_____
ELLEN SEGAL HUVELLE
United States District Judge