THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0885 (ESH) |
| ) | |
| OFFICER TONY MASON ) | |
| Metropolitan Police Department ) | |
| Sixth District ) | |
| 100 42nd Street, N.E. ) | |
| Washington, DC 20019 ) | |
| ) | |
| OFFICER JONATHAN BRANCH ) | |
| Metropolitan Police Department ) | |
| Sixth District ) | |
| 100 42nd Street, N.E. ) | |
| Washington, DC 20019 ) | |
| ) | |
| and ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| 441 4th Street, N.W. ) | |
| Washington, DC 20001 ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS DISTRICT OF COLUMBIA, JONATHAN BRANCH, AND TONY MASON'S ANSWER TO THE AMENDED COMPLAINT

Defendants District of Columbia, Jonathan Branch, and Tony Mason ("defendants"), through counsel, hereby respond to plaintiff's Amended Complaint ("Complaint") as follows.

First Defense

Count 1
42 U.S.C. §1983, U.S. Const., Amend. IV

1.  Defendants acknowledge the statutory authorities cited in paragraph one of the Complaint but deny that jurisdiction is necessarily conferred thereby.

1

2. Paragraph 2 states plaintiff's legal theory of the case, to which no response is required.

3. Defendants are without sufficient information to admit or deny the allegations contained in paragraph three of the Complaint.

4. Defendants admit the allegations contained in paragraph four of the Complaint.

5. Defendants deny the allegations contained in paragraph five of the Complaint, except that defendants admit that the defendant officers encountered plaintiff on January 31, 2006, at about 9:00 p.m., in the rear of 3227 D Street, S.E., Washington, D.C., and that during the encounter the defendant officers handcuffed plaintiff for their safety.

6. The allegations contained in paragraph six of the Complaint contain conclusions of law or of the pleader to which no response is required; to the extent that a response is required, defendants deny the allegations contained therein. Defendants lack sufficient knowledge or information to either admit or deny the existence or nature of the plaintiff's alleged injuries, damages, and expenses.

7. Paragraph seven is absent from the plaintiff's Complaint.

8. The allegations contained in paragraph eight of the Complaint contain conclusions of law or of the pleader to which no response is required; to the extent that a response is required, defendants deny the allegations contained therein.

9. Defendants admit the allegations contained in paragraph 9 of the Complaint but do so without admitting the legal sufficiency of the written notice of claim.

Count 2
Assault and Battery

Defendants incorporate by reference their responses to paragraphs one through nine of the Complaint.

10. The allegations contained in paragraph ten of the Complaint contain conclusions of law or of the pleader to which no response is required; to the extent that a response is required, defendants deny all allegations contained therein.

11. The allegations contained in paragraph eleven of the Complaint contain conclusions of law or of the pleader to which no response is required; to the extent that a response is required, defendants deny all allegations contained therein.

12. Defendants admit the allegations contained in paragraph twelve of the Complaint.

## Second Defense

If the plaintiff was injured and/or damaged as alleged in the Complaint, such injuries or damages were the results of his own unlawful, wanton, willful or reckless conduct.

## Third Defense

The actions of the defendant, its agents, servants and employees, were taken in good faith and with reasonable belief in their lawfulness.

## Fourth Defense

Plaintiff may have failed to mitigate any damages that he may have incurred.

## Fifth Defense

Plaintiff may have failed to satisfy the mandatory notice requirements of D.C. Code § 12-309.

## Sixth Defense

Defendants are entitled to absolute and/or qualified immunity.

## SET-OFF

The District of Columbia claims a set-off against any amount awarded to plaintiff for the cost and value of any care, treatment or services provided to him by the District of Columbia or its agencies.

## JURY TRIAL DEMAND

Defendants hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov