UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATHANIEL HOWARD,            ) | |
|                              ) | |
|            Plaintiff,        ) | |
|                              ) | |
| v.                           ) | Civil Action No. 06-0885 (ESH) |
|                              ) | |
| OFFICER TONY MASON, *et al.*,) | |
|                              ) | |
|            Defendants.       ) | |

### ORDER

Before the Court is plaintiff's motion to compel discovery from the District of Columbia. There is no indication in the motion that plaintiff conferred with defendant in a good faith effort to determine whether defendant opposes the relief sought and/or to narrow any areas of disagreement prior to filing the instant motion, as required by the Local Rules. *See* LCvR 7(m). Accordingly, it is this 8th day of November 2006, hereby

**ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with LCvR 7(m). Counsel are directed to confer in good faith in an effort to resolve this discovery dispute. If counsel are unable to resolve the dispute, counsel must arrange a telephone conference with the Court by contacting Chambers. Counsel shall not re-file the instant discovery motion, and shall not file any other discovery motions, without a prior telephone conference with the Court and opposing counsel.

**SO ORDERED.**

>                              /s/
>         **ELLEN SEGAL HUVELLE**
>         **United States District Judge**

Date: November 8, 2006