UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-0885 (ESH) |
| OFFICER TONY MASON, *et al.*, | ) |
|       Defendants. | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE REGARDING U.S. ATTORNEY'S OFFICE INVESTIGATION

Defendant District of Columbia hereby gives notice that the U.S. Attorney's Office informed undersigned counsel that it has recently issued a letter of declination following its investigation of the underlying matter. This Court had previously entered a stay with regard to discovery against the two defendant officers pending such investigation.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov