**MONTAGUE BLUNDON, III, M.D., P.A.**
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY
WYNGATE MEDICAL PARK
5640 Shields Drive
Bethesda Maryland 20817

301-897-5505

**PATIENT: NATHANIEL HOWARD**            File #: 15270

**05/23/2007** Mr. Nathaniel Howard comes to the office today for evaluation and treatment of the trauma he sustained from the injury of January 31, 2006, to his right arm.

He sustained a complex fracture of the mid shaft humerus, which was treated with an open reduction and internal fixation using the Synthes IM nail, but unfortunately it has never gone on to good union. He has spasms and pain radiating throughout his arm. No evidence of any subluxation or dislocation and no evidence of any radiculopathy. Neurologically, he is intact and the motor function is intact.

The range of motion is decreased by 40% with a 40% loss of strength, function, and endurance.

At this point, he has reached maximum medical improvement, but he still has spasms and pain, both with bending and lifting and also with range of motion.

He does not have evidence of good union and I do not feel he will ever have a strong union of the bone fragments, but it is reinforced with the titanium intramedullary rod.

We will continue with conservative treatment, gradual strengthening, and range of motion. He is disabled with respect to work and we will see him back for evaluation and consultation in 1 month.

Based on the criteria of the American Medical Association using the Guide for Evaluation of Permanent Impairment, fifth edition, and taking into consideration pain, tenderness, loss of strength, loss of function, and loss of endurance, he has a 40% permanent partial impairment of his right arm from the injury of January 31, 2006. All of his injury is a direct result of this accident and all his treatment is a direct result of this accident. He did not have any preexisting condition or subsequent injury. He is only able to do sedentary type work, but from a functional point of view, he is totally disabled with respect to work.

*M. Blundon MD*

M. BLUNDON, M.D.

*8/8/07 R to atty.*

MB/cba

MONTAGUE BLUNDON, III, M.D., P.A.
5640 SHIELDS DRIVE
BETHESDA, MARYLAND 20817



Jerry Roberts
6801 Kenilworth Ave.
Ste. #202
Riverdale MD 20737