UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) Civil Action No. 06-0885 (ESH) <br> OFFICER TONY MASON, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR VALYNCIA SIMMONS**

Pursuant to LCvR 83.2(d), the undersigned attorney hereby moves the Court to permit Special Assistant Attorney General Valyncia Simmons to appear as counsel in this case on behalf of District of Columbia Metropolitan Police Department Officers Tony Mason and Jonathan Branch. A Declaration from Ms. Simmons is attached hereto, providing the information required by LCvR 83.2(d). A proposed Order also is attached. On November 15, 2007, plaintiff's counsel was informed of this Motion and does not oppose this Motion. LCvR 7(m).

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Nicole L. Lynch  
NICOLE L. LYNCH [471953]
Chief, General Litigation, Section II

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OFFICER TONY MASON, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0885 (ESH) |

**DECLARATION OF VALYNCIA SIMMONS**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to LCvR 83.2(d), I, Valyncia Simmons, declare as follows:

(1)   Full Name:

   Valyncia Rynee Simmons

(2)   Office Address and Telephone Number:

   Office of the Attorney General
   Suite 600S
   441 Fourth Street, N.W.
   Washington, D.C. 20001
   (202) 724-6520
      (part-time)

   and

   Fulbright & Jaworski L.L.P.
   801 Pennsylvania Ave., N.W.
   (202) 662-4536
      (part time)

(3)   Bar Admissions

   California (Bar No. 231099)
   District of Columbia (Bar. No. 974115)

(4)   I hereby certify that I have never been disciplined in any way by any bar.

- 2 -

- 3 -

(5)  I have never been admitted *pro hac vice* in this Court.

(6)  I engage in the practice of law from an office located in the District of Columbia and I am a member of the District of Columbia Bar.

I hereby declare under penalty of perjury under the law of the United States of America that the above information is true and correct.


        /s/ Valyncia R. Simmons
VALYNCIA R. SIMMONS
Special Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OFFICER TONY MASON, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0885 (ESH) |

**ORDER**

Upon consideration of the Defendants' Motion to for Leave to Appear *Pro Hac* Vice and the accompanying Declaration by Valyncia Simmons, any opposition thereto, and the record herein, it is this ___ day of _____, 2007;

**ORDERED** that the Defendants' motion be and hereby is **GRANTED**, and that Valyncia Simmons be granted leave to appear *pro hac vice* on behalf District of Columbia Metropolitan Police Department Officers Tony Mason and Jonathan Branch.

_____
ELLEN SEGAL HUVELLE
United States District Judge

cc:   Nicole L. Lynch
      DC Office of the Attorney General
      441 Fourth St., N.W.
      Sixth Floor South
      Washington, D.C. 20001
      Attorney for Defendants

      Terrell N. Roberts, III
      6801 Kenilworth Avenue
      Suite 202

Riverdale, MD 20737
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Appear *Pro Hac Vice*, with a Proposed Order, was electronically filed, this 26th day of November, 2007, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

Terrell N. Roberts, III
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
Attorney for Plaintiff

/s/ Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief, General Litigation, Section II

Attorney for Defendants