UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OFFICER TONY MASON, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0885 (ESH) |

### NOTICE OF ENTRY OF APPEARANCE OF VALYNCIA SIMMONS

Will the Clerk of the Court please enter the appearance of Valyncia Simmons, Special Assistant Attorney General, as attorney for defendants Officer Tony Mason and Officer Jonathan Branch.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief, General Litigation, Section II

   /s/ Valyncia R. Simmons
VALYNCIA R. SIMMONS [974115]
Special Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520; (202) 727-3625
Email:  valyncia.simmons@dc.gov

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was electronically filed, this 27th day of December, 2007, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

Terrell N. Roberts, III
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
Attorney for Plaintiff

          /s/ Valyncia Simmons
          VALYNCIA SIMMONS