# EXHIBIT 1

03/13/07: Howard v Mason et al.: Depo: Nathaniel Howard

PAGE 1 TO PAGE 176

NEAL R. GROSS & CO., INC.

(202) 234-4433

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE, NW*
*WASHINGTON, DC   20005*
*Phone:   (202) 234-4433*

Page 13

(1) brought a lawsuit in any other case?
(2) **A No.**
(3) Q Have you ever been a defendant in
(4) a civil case, been sued civilly?
(5) **A No.**
(6) Q Okay. Have you ever given
(7) testimony in a deposition like this before?
(8) **A Yes. I know, we did this -- the**
(9) **U.S. Attorney about three or four months**
(10) **ago.**
(11) MR. ROBERTS: I think, just to
(12) interject, that my client is speaking about
(13) an interview by Ann Carroll, but there was
(14) no recorded recording of it.
(15) MR. SCHIFFERLE: Well, that was
(16) going to be my next question.
(17) BY MR. SCHIFFERLE:
(18) Q Is that correct that you had an
(19) interview with someone from the U.S.
(20) Attorney's Office?
(21) **A Yes.**
(22) Q Okay. And are you aware whether

Page 14

(1) that interview was recorded at all?
(2) **A Yes. It wasn't recorded.**
(3) Q Okay. Do you remember who else
(4) was present at that interview?
(5) **A It was Mack -- internal**
(6) **Investigator. Tony Mack.**
(7) Q Anyone else present?
(8) **A My lawyer and me.**
(9) Q Anyone else?
(10) **A No, that was it.**
(11) Q Okay. And was it the person from
(12) the U.S. Attorney's Office, Ms. Carroll, who
(13) asked you the questions?
(14) **A Yes.**
(15) Q Okay. Was there ever a statement
(16) prepared at some point based on your
(17) responses to those questions?
(18) **A Any statements?**
(19) Q Yes. In other words, after the
(20) interview, did anyone give you a piece of
(21) paper with written down what you had said
(22) during the interview?

Page 15

(1) **A No.**
(2) Q Okay. So you never saw anything
(3) after the interview?
(4) **A No.**
(5) Q Okay. And how long was that
(6) interview?
(7) **A It was about an hour.**
(8) Q And did you answer all the
(9) questions?
(10) **A Yes.**
(11) Q Any other interviews in regards
(12) to this case?
(13) **A No. Just --**
(14) COURT REPORTER: And you need to
(15) speak up on the record, please.
(16) THE WITNESS: No, none other but
(17) this one.
(18) MR. ROBERTS: None other than but
(19) this one?
(20) THE WITNESS: But this one.
(21) BY MR. SCHIFFERLE:
(22) Q Okay.

Page 16

(1) **A No, Ms. Carroll and this one,**
(2) **that's it.**
(3) Q Okay. Are you currently
(4) employed?
(5) **A No.**
(6) Q When was the last time you were
(7) employed?
(8) **A I was employed -- I was doing**
(9) **security last year, 2006, that was in**
(10) **December. I was working at nightclubs.**
(11) Q What nightclubs did you work out?
(12) **A A nightclub called Cusco off**
(13) **University Boulevard.**
(14) Q So you say off University
(15) Boulevard?
(16) **A Yes. Yes.**
(17) Q How do you spell the Cusco?
(18) **A C-U-S-C-O.**
(19) Q And how long did you do security
(20) there?
(21) **A I think for about a year.**
(22) Q So did you start working the

### Page 17

(1) security job at Cusco before the incident in
(2) this case, January 31, 2006?
(3) **A Yes.**
(4) Q Okay. And how long had you been
(5) working at Cusco when the incident happened?
(6) **A After the incident happened,**
(7) **that's when I – I couldn't work no more.**
(8) Q Okay. I had thought what you
(9) said is you had been working that security
(10) job until December 2006. But did you mean a
(11) different year?
(12) **A Yes, it's 2000 – I'm working a**
(13) **year, 2006 to 2007 – I mean, the year 2005**
(14) **to 2006 I mean.**
(15) Q Okay. Okay.
(16) **A Yes.**
(17) Q So you started the security job
(18) at Cusco in 2005?
(19) **A Yes.**
(20) Q Okay. And you stopped working at
(21) Cusco –
(22) **A 2007 – '06.**

### Page 18

(1) Q And did you stop working there
(2) because of this incident and any injuries?
(3) **A Yes.**
(4) Q So you never returned to the
(5) Cusco job after this incident of January 31,
(6) 2006?
(7) **A No, I never returned.**
(8) Q Okay. And you haven't worked
(9) anywhere since then?
(10) **A No.**
(11) Q And the job that you worked at
(12) Cusco, was that full time or part time?
(13) **A It was a part time, night job.**
(14) Q Okay. How often did you work?
(15) **A I only – I worked about three**
(16) **days a week.**
(17) Q And how many hours per day?
(18) **A From 10:00 to 2:00 in the**
(19) **morning.**
(20) Q Okay. So four hours a day for
(21) three days a week?
(22) **A Yes.**

### Page 19

(1) Q Did you have any other jobs at
(2) the time?
(3) **A No. But I was looking for a job**
(4) **the same day that they broke my arm. I went**
(5) **down there to get a job, they told me to**
(6) **come back the next day. I couldn't return**
(7) **because they broke my arm.**
(8) Q Okay. Where had you been looking
(9) for a job?
(10) **A It was at – I think it was the**
(11) **local union – like 645. It's – you know,**
(12) **it's a union. Like construction – they do**
(13) **construction work there.**
(14) Q Is there a particular job you
(15) were interested in there?
(16) **A I'm trying to get a bricklayer.**
(17) **Get back in bricklaying.**
(18) Q And did you say you met with
(19) somebody the day of the incident?
(20) **A Yes.**
(21) Q All right. Who did you meet
(22) with?

### Page 20

(1) **A I got – I think I have a card in**
(2) **my wallet.**
(3) Q Okay. Sure.
(4) MR. ROBERTS: I have the card.
(5) You can refer to it. This one.
(6) THE WITNESS: It's a Gerald
(7) Warrick, Local Union 657.
(8) BY MR. SCHIFFERLE:
(9) Q And how do you spell that last
(10) name?
(11) **A W-A-R-R-I-C-K.**
(12) Q Does he have a title?
(13) MR. ROBERTS: Not on this card.
(14) MR. SCHIFFERLE: Do you know what
(15) position he had?
(16) MR. ROBERTS: Oh, yes. I'm sorry.
(17) It says Secretary/Treasurer.
(18) THE WITNESS:
(19) Secretary/Treasurer.
(20) BY MR. SCHIFFERLE:
(21) Q Okay.
(22) **A I talked to him the day –**