# EXHIBIT 2

SLN 2030559850000093    DLN 2030559850024    1030555024

★★★ Government of the District of Columbia    **2002** D-40 Individual Income Tax Return

**Important:** Complete your federal return first.
Print in all CAPITAL letters in black ink. Leave lines blank that do not apply to you.

**Personal information**
Fill in if: Amended return *See instructions, page 7.*
Fill in if: Filing for a deceased taxpayer *See instructions, page 7.*
Fill in if: Your address is different from your last return.

Your social security number: 577132595
Spouse's social security number:
Your daytime phone number: (202)

Your first name: NATHANIEL    M.I.    Last name: HOWARD
Spouse's first name (enter whether filing separately or jointly):    M.I.    Last name:

Home address (number and street) *If foreign address use Schedule S.*
3327 D ST SE
Apartment number:

City: WASHINGTON DC    State:    Zip: 20019

*Enter your dependents' information on Schedule S.*

**Filing status**
1 *Fill in only one:*   Single   Married filing jointly   Married filing separately   Dependent claimed by someone else
   Married filing separately on same return *Enter combined amounts for lines 3 through 43. See instructions, page 8.*
   ● Head of household *Enter the name of qualifying dependent or non-dependent on Schedule S.*

2 *Fill in if you are:*   A part-year resident   Number of months of D.C. residency *See instructions, page 8.*

**Income Information** *Copy the amounts for lines 3 through 12 below from your federal return. Some income lines on your federal return may not need to be copied.*
*Round all amounts to the nearest dollar. If amount is zero, leave the line blank.*

| # | Description | | |
|---|---|---|---|
| 3 | Wages, salaries, tips, unemployment compensation, etc. | 3 | 5931 00 |
| 4 | Taxable interest | 4 | 00 |
| 5 | Ordinary dividends | 5 | 00 |
| 6 | Business income or loss *Attach copy of federal Schedule C or C-EZ. If you had farm income, see instructions, page 9. Attach copy of federal Schedule F.* Federal employer ID | 6 | 00 |
| 7 | Capital gain or loss *Attach copy of federal Schedule D.*  Fill in if loss: | 7 | 00 |
| 8 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. *Attach copy of federal Schedule E.*  Fill in if loss: | 8 | 00 |
| 9 | Other income *From 1040, line 21.*  Fill in if loss: | 9 | 00 |
| 10 | Federal total income  Fill in if loss: | 10 | 5931 00 |
| 11 | Adjustments *Attach copy of page 1 of 1040 or 1040A.* | 11 | 00 |

**Computation of DC Adjusted Gross Income**
| 12 | Federal adjusted gross income *1040, line 35; 1040A, line 21; 1040EZ, line 4.*  Fill in if loss: | 12 | 5931 00 |
| 13 | Subtractions from federal adjusted gross income *From line k, Calculation A, page 9.* | 13 | 00 |
| 13a | Amount you paid to D.C. college savings plan this year (part-year residents see instructions.) | 13a  Maximum $6000 | 00 |
| 13b | Part-year residents (information only) *Enter amount from line a, Calculation A.*  13b  00 | | |
| 14 | Add lines 13 and 13a and subtract the total from line 12, enter result.  Fill in if loss: | 14 | 5931 00 |
| 15 | Additions to federal adjusted gross income *from line g, Calculation B, page 10.* | 15 | 00 |
| 16 | D.C. adjusted gross income *Add lines 14 and 15.*  Fill in if loss: | 16 | 5931 00 |

2002 D-40 P1
Revised 10/02    Individual Income Tax Return page 1    File order 1

SLN 2030559850000093    DLN 2030559850024

**D-40 PAGE 2**

*Enter your last name.*

*Enter your SSN.*


0 2 0 4 0 0 1 2 0 0 0 0

| | | | |
|---|---|---|---|
| **D.C. taxable income** | Enter the amount from line 16 on the previous page. | 16 | 5931 00 |
| 17 **Deduction type** *You must take the same type of deduction you took on your 1040.* | | | |
| Fill in only one: ■ Standard  *See page 10 for correct amount.* | | | |
| Itemized *Attach copy of federal Schedule A; attach D.C. Schedule S.* | | | |
| 18 **D.C. deduction amount** *Do not copy from federal return. For amount to enter, see instructions, page 10.* | | 18 | 2000 00 |
| 19 **Number of exemptions** *If more than 1 (more than 2 if filing jointly), attach Calculation G, Schedule S.* | | 19 | 4 00 |
| 20 **Exemption amount** *Multiply $1,370 by line 19. Part-year residents see Calculation H, page 11.* | | 20 | 5480 00 |
| 21 Add lines 18 and 20. | | 21 | 7480 00 |
| 22 **Taxable income** *Subtract line 21 from line 16. If line 21 is more than line 16, leave blank.* | | 22 | 00 |

**D.C. tax, credits and payments**

| | | | |
|---|---|---|---|
| 23 **Tax** *If line 22 is $100,000 or less, use tax tables on pages 49-58. If more, use Calculation I, page 11.* | | 23 | 00 |
| Fill in if: ☐ Married filing separately on same return *Complete Calculation J on Schedule S.* | | | |
| 24 **Out-of-state tax credit** *From Calculation K, page 12.* State ___ *Attach copy of state return.* | | 24 | 00 |
| 25 **Credit for child and dependent care expenses** *Federal credit* ___ x .32% enter ▶ | | 25 | 00 |
| *Attach copy of federal Form 2441; if part-year D.C. resident, attach D.C. Form D-2441.* | | | |
| 26 **D.C. Metropolitan Police Department housing credit** | | 26 | 00 |
| 27 **D.C. Low Income Credit** *Complete Calculation L, page 12. Attach copy of 1040.* | | 27 | 00 |
| 28 **Total non-refundable credits** *Add lines 24 through 27.* | | 28 | 00 |
| 29 **Total tax** *Subtract line 28 from line 23. If line 23 is less than line 28, leave blank.* | | 29 | 00 |
| 30 **Property tax credit** *Attach D.C. Schedule H.* | | 30 | 00 |
| 31 **D.C. Earned Income Tax Credit** Enter your federal EIC ___ 4500 00 x .25 = | | 31 | 1130 00 |
| *Complete Calculation L, page 12. Attach copy of 1040.* | | | |
| 32 **D.C. income tax withheld** *From Forms W-2 and 1099. Attach correct copies.* | | 32 | 28 00 |
| 33 **2002 estimated income tax payments** | | 33 | 00 |
| 34 **Payments made with an extension of time to file** *Attach copy of D.C. Form FR-127.* | | 34 | 00 |
| 35 **Total payments and refundable credits** *Add lines 30 through 34.* | | 35 | 141 00 |

(Stamp: OFFICE OF TAX AND REVENUE CUSTOMER SERVICE ADMINISTRATION  FEB 21 2008  CERTIFIED A TRUE COPY)

| **Your refund** *Complete if line 35 is more than line 29.* | | | | **Amount you owe** *Complete if line 35 is less than line 29.* | | |
|---|---|---|---|---|---|---|
| 36 Amount you overpaid *Subtract line 29 from line 35.* | 36 | 141 00 | | 41 Tax due *Subtract line 35 from line 29.* | 41 | 00 |
| 37 Amount you want to apply to your 2003 estimated tax | 37 | 00 | | 42 Contribution to the public trust for drug prevention and children at risk | 42 | 00 |
| 38 Contribution to the public trust for drug prevention and children at risk | 38 | 00 | | 43 Total amount due *Add lines 41 and 42.* | 43 | 00 |
| 39 Add lines 37 and 38. | 39 | 00 | | *Payment options* | | |
| 40 Refund amount *Subtract line 39 from line 36.* | 40 | 141 00 | | • Attach check or money order payable to D.C. Treasurer • To pay by credit card, call 1-800-272-9829 or visit www.officialpayments.com and enter D.C. jurisdiction code 6000. | | |

**Third party designee** *Do you want to allow another person to discuss this return with the Office of Tax and Revenue?* Yes ☐
*If yes, enter name and phone number of that person.*

**Signature** Under penalties of law, I declare that I have examined this return and to the best of my knowledge it is correct. Declaration of paid preparer is based on all information available to the preparer.

Your signature X *Nathaniel Howard*   Date 2/7/03
Spouse's signature if filing jointly or separately on same return   Date
Paid preparer's signature *Cynthia Thompson*   Date 2/7/03
Paid preparer's Federal ID, SSN or PTIN   Paid preparer's phone number

Send your signed and completed original return to: Office of Tax and Revenue, Ben Franklin Station, PO Box 7861, Washington, D.C. 20044-7861
Fill in if you no longer want to receive D.C. tax forms by mail. ☐

Revised 10/02    2002 D-40 P2    Individual Income Tax Return page 2    File order 2

SLN 2030559850000094    DLN 2030559850024

★★★ Government of the District of Columbia | **2002** SCHEDULE S Supplemental Information and Dependents

0204001300000

If you use this schedule, staple it to your D-40.
Print in all CAPITAL letters in black ink.

Enter your last name. **HOWARD**    Enter your social security number **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**

## Foreign address
*Do not abbreviate country name. Attach Schedule S to your D-40.*

Home address (number and street)

Apartment number

City

State/Province

Daytime phone number

Country

Postal code

## Dependents
*Attach Schedule S to your D-40. If you have more than 5 dependents, attach a statement to your return listing the name, relationship, and social security number of each.*

First name **NAthaniel**    M.I. **A**    Last name **HOWARD JR.**
Social security number **579154275**    Relationship **SON**

First name **NIKKA**    M.I.    Last name **HOWARD**
Social security number **578199081**    Relationship **Daughter**

First name    M.I.    Last name
Social security number    Relationship

First name    M.I.    Last name
Social security number    Relationship

First name    M.I.    Last name
Social security number    Relationship

[Stamp: OFFICE OF TAX AND REVENUE CUSTOMER SERVICE ADMINISTRATION — FEB 21 2008 — CERTIFIED-A TRUE COPY]

## Head of household filers   *Attach Schedule S to your D-40.*

First name of qualifying non-dependent person    M.I.    Last name    SSN of qualifying person

## Income from D.C. franchise or fiduciary tax return

Name of entity    Federal employer ID number or SSN    Share of income    **00**

Name of entity    Federal employer ID number or SSN    Share of income    **00**

Revised 10/02    2002 SCHEDULE S P1  Supplemental Information and Dependents page 1    File order 3

SLN 2030559850000094   DLN 2030559850024

SCHEDULE S PAGE 2

*Last name and SSN*



### Calculation G  Number of exemptions

*Attach Schedule S to your D-40. Do not attach it if you only filled in lines a, f, and i of Calculation G and no other sections of Schedule S.*

| | | |
|---|---|---|
| a | Enter 1 for yourself and | a  1 |
| b | Enter 1 if you are filing as a head of household and | b  1 |
| c | Enter 1 if you are age 65 or over and | c |
| d | Enter 1 if you are blind | d  (2) |
| e | Enter number of dependents | e |
| f | Enter 1 for your spouse if married filing jointly or married filing separately on same return | f |
| g | Enter 1 if you are married filing jointly or married filing separately on same return, and your spouse is age 65 or over | g |
| h | Enter 1 if you are married filing jointly or married filing separately on same return, and your spouse is blind | h |
| i | Total number of exemptions  *Add lines a through h and enter on D-40, line 19.* | i  4 |

### Calculation J  Tax for married filing separately on same return

*Complete each column separately. Do not combine any amounts until you reach line k. Attach Schedule S to your D-40.*

| | | | You | Your spouse |
|---|---|---|---|---|
| a | Federal adjusted gross income<br>*If you filed separate federal returns, enter amounts from 1040, line 35 or 1040A, line 21. If you filed a joint federal return, figure out each person's portion of federal adjusted gross income.* | a | | |
| b | Total additions<br>*Figure out each person's portion of additions entered on D-40, line 15.* | b | | |
| c | Add lines a and b. | c | | |
| d | Total subtractions<br>*Figure out each person's portion of subtractions entered on D-40, line 13.* | d | | |
| e | D.C. adjusted gross income  *Subtract line d from line c.* | e | | |
| f | Deduction amount<br>*Figure out each person's portion of deductions entered on D-40, line 18. You may divide this amount any way you like.* | f | | |
| g | Exemption amount<br>*Figure out each person's portion of exemptions entered on D-40, line 20.* | g | | |
| h | Add lines f and g. | h | | |
| i | Taxable income  *Subtract line h from line e.* | i | | |
| j | Tax. *If line i is $100,000 or less, use tax tables on pages 49-58. If more, use Calculation I, on page 11.* | j | | |
| k | Add the amounts entered on line j for you and your spouse and enter on D-40, line 23. | k | | Total tax |

### Additional Information from the Federal Form 1040 Schedule A

| | | | | |
|---|---|---|---|---|
| a | Medical and Dental Expenses  Schedule A line 4 | a | | 00 |
| b | Taxes You Paid  Schedule A line 9 | b | | 00 |
| c | Interest You Paid  Schedule A line 14 | c | | 00 |
| d | Gifts to Charity  Schedule A line 18 | d | | 00 |
| e | Casualty and Theft Losses  Schedule A line 19 | e | | 00 |
| f | Job Expenses and Most Other Miscellaneous Deductions  Schedule A line 26 | f | | 00 |
| g | Other Miscellaneous Deductions  Schedule A line 27 | g | | 00 |

SLN 203055985000095   DLN 2030559850024

Form **1040A**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (L)  **2002**   IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 21.)

Your first name and initial: Nathaniel
Last name: Howard

Your social security number: 577 13 2595

If a joint return, spouse's first name and initial: ___
Last name: ___

Spouse's social security number: ___

**Use the IRS label.** Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 22.: 3327 D. St. S.E.
Apt. no.: ___

City, town or post office, state, and ZIP code. If you have a foreign address, see page 22.: Washington DC 20019

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 22.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶

You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ ___
4. ☒ Head of household (with qualifying person). (See page 23.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ ___
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ___ ). (See page 24.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b ☐ **Spouse**

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 25) |
|---|---|---|---|
| Nathaniel Howard Jr | 579 15 4275 | Son | ☐ |
| Nikkra Howard | 578 19 9081 | Daughter | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than six dependents, see page 24.

No. of boxes checked on 6a and 6b: **1**

No. of children on 6c who:
• lived with you: **2**
• did not live with you due to divorce or separation (see page 26): ___
Dependents on 6c not entered above: ___

d Total number of exemptions claimed.

OFFICE OF TAX AND REVENUE
CUSTOMER SERVICE ADMINISTRATION
FEB 21 2008
CERTIFIED-A TRUE COPY

Add numbers on lines above: **3**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 27.

Enclose, but do not attach, any payment.

7  Wages, salaries, tips, etc. Attach Form(s) W-2.  ...  7  **1147 00**

8a Taxable interest. Attach Schedule 1 if required.  8a ___
 b Tax-exempt interest. Do not include on line 8a.  8b ___

9  Ordinary dividends. Attach Schedule 1 if required.  9 ___

10 Capital gain distributions (see page 27).  10 ___

11a IRA distributions.  11a ___   11b Taxable amount (see page 27). 11b ___

12a Pensions and annuities. 12a ___   12b Taxable amount (see page 28). 12b ___

13 Unemployment compensation and Alaska Permanent Fund dividends.  13  **4784 00**

14a Social security benefits. 14a ___   14b Taxable amount (see page 30). 14b ___

15 Add lines 7 through 14b (far right column). This is your **total income.** ▶ 15  **5931 00**

**Adjusted gross income**

16 Educator expenses (see page 30). 16 ___
17 IRA deduction (see page 30). 17 ___
18 Student loan interest deduction (see page 33). 18 ___
19 Tuition and fees deduction (see page 33). 19 ___
20 Add lines 16 through 19. These are your **total adjustments.** 20  **0**

21 Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ 21  **5931 00**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.   Cat. No. 12601H   Form **1040A** (2002)

SLN 2030559850000096  DLN 2030559850024

Form 1040A (2002)

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 5931 60 |
| | 23a | Check if: ☐ You were 65 or older  ☐ Blind  ☐ Spouse was 65 or older  ☐ Blind  Enter number of boxes checked ▶ 23a | | |
| **Standard Deduction for—** | b | If you are married filing separately and your spouse itemizes deductions, see page 34 and check here ▶ 23b ☐ | | |
| • People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 34. | 24 | Enter your standard deduction (see left margin). | 24 | 6900 00 |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | -0- |
| | 26 | Multiply $3,000 by the total number of exemptions claimed on line 6d. | 26 | 9000 00 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | 27 | 0 |
| • All others: Single, $4,700 | 28 | Tax, including any alternative minimum tax (see page 35). | 28 | 0 |
| Head of household, $6,900 | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| Married filing jointly or Qualifying widow(er), $7,850 | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| | 31 | Education credits. Attach Form 8863. | 31 | |
| | 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| Married filing separately, $3,925 | 33 | Child tax credit (see page 38). | 33 | |
| | 34 | Adoption credit. Attach Form 8839. | 34 | |
| | 35 | Add lines 29 through 34. These are your **total credits**. | 35 | 0 |
| | 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36 | 0 |
| | 37 | Advance earned income credit payments from Form(s) W-2. | 37 | 0 |
| | 38 | Add lines 36 and 37. This is your **total tax**. ▶ | 38 | 0 |
| | 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 468 00 |
| If you have a qualifying child, attach Schedule EIC. | 40 | 2002 estimated tax payments and amount applied from 2001 return. | 40 | |
| | 41 | **Earned income credit (EIC).** | 41 | 450 00 |
| | 42 | Additional child tax credit. Attach Form 8812. | 42 | |
| | 43 | Add lines 39 through 42. These are your **total payments**. ▶ | 43 | 918 00 |
| **Refund** | 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid**. | 44 | 918 00 |
| Direct deposit? See page 52 and fill in 45b, 45c, and 45d. | 45a | Amount of line 44 you want **refunded to you**. | 45a | 918 00 |
| | ▶ b | Routing number [          ]  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number [               ] | | |
| | 46 | Amount of line 44 you want **applied to your** 2003 estimated tax. | 46 | |
| **Amount you owe** | 47 | **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see page 53. | ▶ 47 | |
| | 48 | Estimated tax penalty (see page 53). | 48 | |

Third party designee: Do you want to allow another person to discuss this return with the IRS (see page 54)? ☐ Yes. Complete the following. ☐ No

Designee's name ▶      Phone no. ▶ (   )      Personal identification number (PIN) ▶ [    ]

**Sign here**
Joint return? See page 22. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: X Nathaniel Howard   Date: 2/07/03   Your occupation:   Daytime phone number: (   )

Spouse's signature. If a joint return, both must sign.   Date:   Spouse's occupation:

**Paid preparer's use only**
Preparer's signature ▶ Cynthia Thompson   Date 2/07/03   Check if self-employed ☐   Preparer's SSN or PTIN:
Firm's name (or yours if self-employed), address, and ZIP code ▶   EIN:   Phone no. (   )

[Stamp: OFFICE OF TAX AND REVENUE CUSTOMER SERVICE ADMINISTRATION FEB 21 2003 CERTIFIED A TRUE COPY]

*U.S. Government Printing Office: 2002 — 490-063   Printed on recycled paper   Form 1040A (2002)

SLN 2030559850000097    DLN 2030559850024

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (L)

**Earned Income Credit**
Qualifying Child Information



Complete and attach to Form 1040A or 1040 only if you have a qualifying child.

OMB No. 1545-0074

**2002**

Attachment Sequence No. **43**

Name(s) shown on return: Nathaniel Howard

Your social security number: 577 13 2595

**Before you begin:** See the instructions for Form 1040A, line 41, or Form 1040, line 64, to make sure that (a) you can take the EIC and (b) you have a qualifying child.

⚠ **CAUTION**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

| Qualifying Child Information | Child 1 | Child 2 |
|---|---|---|
| **1 Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name: Nathaniel  Last name: Howard JR | First name: Nikkia  Last name: Howard |
| **2 Child's SSN** The child must have an SSN as defined on page 44 of the Form 1040A instructions or page 46 of the Form 1040 instructions unless the child was born and died in 2002. If your child was born in 2002 and did not have an SSN, enter "Died" and attach a copy of the child's birth certificate. | 579 15 4275 | 578 19 9081 |
| **3 Child's year of birth** | Year 1988  If born after January 1, 1984, skip lines 4a and 4b; go to line 5. | Year 1990  If born after January 1, 1984, skip lines 4a and 4b; go to line 5. |
| **4 If the child was born before January 2, 1984—** | | |
| a Was the child under age 24 at the end of 2002 and a student? | ☐ Yes. Go to line 5.   ☐ No. Continue | ☐ Yes. Go to line 5.   ☐ No. Continue |
| b Was the child permanently and totally disabled during any part of 2002? | ☐ Yes. Continue   ☐ No. The child is not a qualifying child. | ☐ Yes. Continue   ☐ No. The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | Son | Daughter |
| **6 Number of months child lived with you in the United States during 2002** • If the child lived with you for more than half of 2002 but less than 7 months, enter "7". • If the child was born or died in 2002 and your home was the child's home for the entire time he or she was alive during 2002, enter "12". | 12 months  Do not enter more than 12 months. | 12 months  Do not enter more than 12 months. |

**TIP** You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2002, (b) is claimed as your dependent on line 6c of Form 1040A or Form 1040, and (c) is a U.S. citizen or resident alien. For more details, see the instructions for line 42 of Form 1040A or line 66 of Form 1040.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.    Cat. No. 14637D    Schedule EIC (Form 1040A or 1040) 2002

*[Stamp: FEB 21 2008 CERTIFIED TRUE COPY]*