# EXHIBIT 3

# MINTZ & ASSOCIATES

## VOCATIONAL CONSULTING

TO:
Terrell N. Roberts, III, Esquire
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

DATE: 8/31/07
CASE: Nathaniel A. Howard v.
District of Columbia
Metropolitan Police, et al

FROM: Lee R. Mintz, M.Ed., CRC, CDMS, CCM, ABDA

## EMPLOYABILITY ASSESSMENT

The case of Nathaniel A. Howard v. District of Columbia Metropolitan Police, et al, was referred to Mintz & Associates in order to determine the employability and earning capacity of Nathaniel A. Howard. This Consultant interviewed Mr. Howard.

### MEDICAL

Mr. Howard sustained an injury to his right arm (a complex fracture of the mid shaft humerus) on 1/31/06 during a D.C. police involved incident. He was initially treated at Washington Hospital Center where he was x-rayed and treated. He was initially seen on 2/9/06 by Dr. Montague Blundon, III, Orthopaedic Surgeon, and seen again on 3/17/06. On 3/24/06, Mr. Howard underwent an open reduction and internal fixation using the Synthes IM nail, performed by Dr. Blundon, after x-rays discussed at the 3/17/06 appointment revealed that the fracture was not healing and there was approximately 35 degrees of angulation at the fracture site.

Per Dr. Blundon's notes of 5/23/07, re the surgical procedure "unfortunately it has never gone on to a good union". Dr. Blundon reports that Mr. Howard has spasms and pain radiating thought his arm and his range of motion is decreased by 40% with a 40% loss of strength, function and endurance.

Dr. Blundon states, "At this point, he has reached maximum medical improvement, but he still has spasms and pain, both with bending and lifting and also with range of motion." "He does not have evidence of good union and I do not feel he will ever have a strong union of the bone fragments, but it is reinforced with the titanium intramedullary rod." "We will continue with conservative treatment, gradual strengthening, and range of motion."

Per Dr. Blundon, "Based on the criteria of the American Medical Association using the Guide for Evaluation of Permanent Impairment, fifth edition, and taking into consideration pain, tenderness, loss of strength, loss of function, and loss of endurance, he has a 40% permanent partial impairment of his right arm from the injury of January 31, 2006. All of his injury is a direct result of this accident and all his treatment is a direct result of this accident. He did not have any preexisting condition or subsequent injury. He is only able to do sedentary type work, but from a functional point of view, he is totally disabled with respect to work."

-2-

Mr. Howard indicates that he continues under the care of Dr. Blundon and is scheduled for a 9/19/07 appointment. He has undergone physical therapy and has been using an EBI Bone Stimulator on his arm, ten hours daily. Mr. Howard indicates difficulty getting comfortable to sleep and takes Percocet at night when needed. He also reports a lot of pain in the arm on a constant basis but particularly with trying to lift or move the arm. He indicates the arm and hand stiffens and he has difficulty lifting anything that isn't very light as well as the inability to reach up or out. He has not driven since the accident as he can not move his dominant right arm to steer a car safely.

## SOCIAL/EDUCATIONAL/VOCATIONAL

Mr. Howard is 39 years old (DOB 8/14/68). He is 6'2" and weighs approximately 270 pounds. He is right hand dominant. Mr. Howard lives in Southeast Washington, D.C., with his mother and pays her $100 a month rent out of the $250 a month "IDA", temporary benefits through Social Security that he receives, noting that this is currently his only source of income. Mr. Howard is separated and has five children ages 6-19.

Mr. Howard dropped out of Springall Lake High School in D.C. in the 10th grade. He attended a Job Corps program in bricklaying and worked for one year in that field, in Reston, VA. His work history includes working security as a Bouncer at Cuco's night club in the D.C. area from 2005-2006, earning $12.00/hour, reportedly five nights a week, eight hours a night. From 2002-2004 he worked part-time, 20 hours a week earning $15.00/hour for Chimes, Inc. as a Janitor, cleaning and buffing floors at the Department of the Interior. From 2000-2002 he worked full-time as a Tow Truck Operator for Jim Good Towing Company earning $10.00/hour. In the late 1990's he worked full-time for Accustaff Temporary Agency earning $7.00/hour as a Warehouse Worker, in Jessup, loading food into crates and on to trucks. Additionally during the late 1990's he was self-employed with two other people doing construction work including demolition, carpentry, putting up drywall and painting. From the late 1980's into the 1990's, for approximately seven years he worked for his step-father doing janitorial work for Herbert's Cleaning Company.

## CONCLUSION

Mr. Nathaniel A. Howard is a 39 year old man whose right, dominant arm was injured in a D.C. police involved incident on 1/31/06. He underwent an open reduction and internal fixation using the Synthes IM nail on 3/24/06, performed by Dr. Montague Blundon. According to Dr. Blundon "It has never gone on to good union". Dr. Blundon reports that Mr. Howard is "only able to do sedentary type work, but from a functional point of view, he is totally disabled with respect to work." Mr. Howard is at MMI but continues under the care of Dr. Blundon and continues to use an EBI Bone Stimulator.

This Vocational Consultant would concur with Dr. Blundon's statement that Mr. Howard "is totally disabled with respect to work." Mr. Howard only completed the 10th grade (has no degree or GED) and has worked in strictly physical jobs over his lifetime. He has worked as a Bouncer, Janitor, Tow Truck Operator, Warehouseman, and Construction Worker. He has no transferable skills to sedentary work and has no clerical or computer skills. He is unable to use his right dominant arm to lift or reach or drive due to ongoing pain and limited range of motion.

-3-

This Vocational Consultant would concur with Dr. Blundon's statement that Mr. Howard "is totally disabled with respect to work." Mr. Howard only completed the 10th grade (has no degree or GED) and has worked in strictly physical jobs over his lifetime. He has worked as a Bouncer, Janitor, Tow Truck Operator, Warehouseman, and Construction Worker. He has no transferable skills to sedentary work and has no clerical or computer skills. He is unable to use his right dominant arm to lift or reach or drive due to ongoing pain and limited range of motion.

It is therefore, the opinion of this Vocational Consultant, within a reasonable degree of vocational certainty, and probability that Mr. Nathaniel Howard, due to the injury of 1/31/06 is totally disabled with respect to work. As Mr. Howard reports, at the time of his injury, he was earning $12.00/hour, 40 hours per week as a Bouncer at Cuco's, his loss of earning capacity would be $12.00/hour on a full-time basis. Should any further information be received in the future that might change the my opinion, I reserve the right to amend this report.

_____
Lee R. Mintz, M.Ed., CRC, CDMS, CCM, ABDA
Vocational Consultant (MCRSP #G0299)