# EXHIBIT 4

# Transcript of

# Richard Lurito, Ph.D.

**Date:** November 30, 2007

**Case:** Nathaniel Howard v. Officer Tony Mason

Phone: 410-268-6006
Fax: 410-268-7006
Email: corbinandhook@corbinandhook.com
Internet: www.corbinandhook.com



# CORBIN & HOOK
Reporting & Videoconferencing

- Specializing in Interactive Realtime & Rough ASCII Transcripts -

*Deposition of Richard Lurito, Ph.D.*
*Taken on November 30, 2007*

### Page 13

1   Q   What's the understanding of what you
2   charge?
3       A   Sure. The understanding is that I will
4   bill Mr. Roberts at the rate of $325 an hour. And I
5   sent him a bill dated August 31 for $1,050. Let me
6   see if there is any other bills in here. Then there
7   is a bill dated October 23 for $350. I think that's
8   the totality of it. I'll look through my file, but
9   I think that's it.
10      Q   Can I see those two?
11      A   Sure.
12          (Exhibit No. 6 marked.)
13          (Exhibit No. 7 marked.)
14      Q   Have you worked with Mr. Roberts or his
15  firm in the past?
16      A   I have.
17      Q   Okay. How many times?
18      A   I really don't know, but not often. I
19  would say on an annual basis maybe a couple times.
20  I think that's about it.
21      Q   When you -- well, strike that. Generally

### Page 14

1   how is the -- sort of the relationship begun. I
2   mean he comes with a new client, is it oral, by
3   letter?
4       A   Usually he calls me and says that, you
5   know, he has a case he would like me to work on. He
6   gives me, you know, a rough description of what's
7   going down. He'll then provide me the information
8   that I need to do a study. And if I don't have all
9   I need, I'll fax him or call him and say I need this
10  or that. And then I do my report.
11      Q   Okay. Is that how it happened in this
12  case or was there correspondence from Mr. Roberts?
13      A   I'm going to check that. Let's see.
14  There was a fax to me dated 8/31/07. It says see
15  attached. Trouble is I don't know what attached
16  was, except he says it was nine pages. So I'm not
17  exactly sure what it may have been. It might have
18  included -- let me just check the dates. Okay. It
19  was -- one of the things was Doctor Blundon's
20  report. It has a fax of the same date. Let me see
21  what else I might have here. Okay. Then there was

### Page 15

1   a report by Ms. Lee Mintz, apparently which came the
2   same day. Let me see what else I have. Okay. That
3   seems to be what came in that group.
4       Q   Okay. Can I see those?
5       A   Sure.
6       Q   You've reached opinions in this case with
7   regard to Mr. Howard's matter?
8       A   Yes.
9       Q   You have all the documents that you've
10  relied upon in reaching that opinion with you today?
11      A   I do.
12      Q   What did you use in arriving at your
13  opinions?
14      A   Okay. I relied on -- I'm just going to go
15  through the report. I relied on life tables, which
16  I alluded to in the second full paragraph of both
17  reports, or all three reports. I don't have the one
18  you marked in front of me. So the most recent,
19  which you did mark. Just want to be sure I'm
20  telling the truth here. Yeah, in all reports it's
21  in the second full paragraph. I have those life

### Page 16

1   tables here in my office, and if you want a copy,
2   I'm happy to give you. I don't have them in my
3   file, they are just general economic data. The same
4   way with worklife expectancy data. I have that here
5   if you want to see it. It's also alluded to in the
6   second full paragraph. Obviously I have Ms. Mintz's
7   reports, which I believe there was two. And let's
8   see what else. Obviously tax tables, okay. We have
9   Internal Revenue Service and District of Columbia
10  tax tables, you know, upon which I base my tax
11  computations. Then of course Doctor Blundon's
12  report where he sets out his view of the doctor
13  visits that Mr. Howard needs, and their cost. And
14  then Mr. Roberts provided me with information about
15  the Percocet costs. Let's see. That's
16  fundamentally it.
17          (Exhibit No. 8 marked.)
18          (Exhibit No. 9 marked.)
19      Q   With regard to your -- your reports dated
20  August 31st and September 4th of 2007.
21      A   Right.

4 (Pages 13 to 16)

