# EXHIBIT 5

# Transcript of

# Lee R. Mintz

**Date:** November 15, 2007

**Case:** Nathaniel Howard v. Officer Tony Mason

---

Phone: 410-268-6006
Fax: 410-268-7006
Email: corbinandhook@corbinandhook.com
Internet: www.corbinandhook.com



# CORBIN & HOOK
## Reporting & Videoconferencing

*- Specializing in Interactive Realtime & Rough ASCII Transcripts -*

*Deposition of Lee R. Mintz*
*Taken on November 15, 2007*

Page 33

1  A  Yes.
2  Q  Do you have the notes that you used --
3  excuse me -- the notes that you made during the
4  telephone conversation with Mr. Howard?
5  A  Yes.
6  Q  May I see those.
7  A  Yes.  Are you talking about the initial
8  evaluation?
9  Q  Yes.
10     (Exhibit No. 9 marked.)
11  Q  In your conversation with Mr. Howard did he
12  seem limited in any way to you; educationally I mean?
13  A  He sounded, like I said he sort of was very
14  slow talking and very soft and sort of like mumbly.
15  I had to ask him to repeat himself many times.  I had
16  a hard time understanding him.
17  Q  In deciding whether or not someone is
18  employable in an employability assessment do you make
19  any determinations -- strike that.
20     When deciding whether or not someone is
21  employable do you take into account a person's

Page 34

1  lifestyle, a person's criminal record, that sort of
2  thing?  Are those taken into account at all?
3  A  I would take a criminal record into account
4  if it affected the type of work that someone had
5  previously done or would be expected to do in the
6  future.
7  Q  Why do you take that into account?
8  A  I would take it into account if someone had
9  been arrested for check fraud or illegal, something
10  to do with money if they were in the field of
11  accounting or bookkeeping or top secret type things
12  like that.  I would not really take it into
13  consideration for someone doing unskilled type work,
14  because I don't believe that generally affects people
15  being hired for those types of jobs.
16  Q  So dependent on the record and the type of
17  job a criminal record may limit people's options?
18  A  It may.
19  Q  Obviously someone who is incarcerated is
20  unemployable?
21  A  Yes.

Page 35

1  Q  Do you provide at all any vocational
2  rehabilitation service now in your practice?
3  A  No.
4     MR. CHAMBERS:  I think I may be done if we
5  can we go off the record again and see.
6     (Pause in the proceedings.)
7  BY MR. CHAMBERS:
8  Q  When you say Mr. Howard is totally disabled
9  with respect to work that is not a medical
10  determination, right?
11  A  No.
12  Q  During your assessment did you inquire or
13  check Mr. Howard's criminal history?
14  A  He told me he had been on probation but I
15  didn't inquire into the actual -- I didn't inquire
16  with D.C. police or anything like that with what was
17  involved.
18  Q  Did you talk to him about what he was on
19  probation for?
20  A  No.  He just told me he was on probation
21  for two years.

Page 36

1  Q  Did you think that that would not be
2  relevant to his employability what he might have been
3  on probation for?
4  A  No, not given his prior work experience and
5  skills, no.
6  Q  If he were on probation for assaulting or
7  beating up his boss that might have an impact,
8  though?
9     MR. ROBERTS:  Well, he is not on probation
10  for one thing.  You are talking hypothetically?
11     MR. CHAMBERS:  Hypothetically speaking,
12  right.
13  A  Well, not generally.  I mean he probably
14  wouldn't go back to work for the same boss would be
15  my expectation, but generally as far as construction
16  workers are concerned it doesn't generally factor
17  into it.  Laborer-type workers.
18  Q  So now the fact that Mr. Howard was on
19  probation or could be incarcerated does that affect
20  any of your opinions in this case to his
21  employability?

9 (Pages 33 to 36)