UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD                           )
                                            )
      Plaintiff,                      )
                                            )
v.                                          )
                                            )       Civil Action No. 06-0885 (ESH)
OFFICER TONY MASON, *et al.,*               )
                                            )
      Defendants.                     )
_____)

ORDER

      Before the Court is Defendants Officers Tony Mason and Jonathan Branch's Partial

Consent Motion in Limine.  Upon consideration of such Motion in Limine and the entire record

herein, it is this _____ day of _____, 2008:

      **ORDERED** that Defendants Officers Tony Mason and Jonathan Branch's Partial

Consent Motion in Limine be and hereby is **granted**; and it is

      **FURTHER ORDERED** that Plaintiff shall be precluded from introducing the report of

the Force Investigation Team, the Use of Force Review Board Memoranda concerning Officers

Tony Mason and Jonathan Branch, the report and testimony of Richard Lurito, and the report and

testimony of Lee Mintz at trial in this matter.

                             _____
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Copies served upon:

Valyncia Simmons
Special Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Darrell Chambers
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Terrell N. Roberts, III
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
Attorney for Plaintiff