IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD

    Plaintiff

vs.                                            Civil No. 06-0885 (ESH)

THE DISTRICT OF COLUMBIA, et al

    Defendants

## PLAINTIFF'S ANSWER TO DEFENDANTS' MOTION IN LIMINE

Nathaniel Howard, defendant, by counsel, answers the defendants' motion in limine to exclude expert testimony regarding plaintiff's claim for lost wages and to exclude evidence of the Metropolitan Police Department's Final Investigative Report and September 27, 2007 Use of Force Review Board Memoranda.

Plaintiff does not oppose the motion in so far as it seeks to exclude the expert testimony of Lee Mintz and Richard Lurito to prove a claim of lost wages. However, Dr. Lurito will testify regarding present value of plaintiff's claim for future medical expenses– plaintiff does not understand the motion to seek to exclude such testimony.

Plaintiff has not been provided MPD's final investigative report or the memoranda of the Use of Force Review Board. (The documents were not attached to the motion.) He opposes the motion in so far as these documents are concerned until he has had an opportunity to review them.

                                              _____/s/_____
                                              Terrell N. Roberts, III
                                              Attorney for Plaintiff
                                              6801 Kenilworth Avenue, Suite 202
                                              Riverdale, Maryland 20737
                                              (301) 699-0764

**CERTIFICATE OF SERVICE**

A copy hereof was mailed this 27th day of May, 2008, to:

Office of the Attorney General
Darrell Chambers, Esq.
441 Fourth Street, N.W.
Washington, D.C. 20001

Valyncia Simmons
Attorney for Jonathan Branch and Tony Mason
Office of the Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001

_____/s/_____
Terrell N. Roberts, III

Answer to motion in limine.wpd