IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD

    Plaintiff

vs.                                        Civil No. 06-0885 (ESH)

THE DISTRICT OF COLUMBIA, et al

    Defendants

**PLAINTIFF'S AMENDED ANSWER TO DEFENDANTS' MOTION IN LIMINE**

Nathaniel Howard, defendant, by counsel, amends his previously filed answer and indicates that he was provided MPD's final investigative report. He does not opposes the motion in limine to exclude MPD's investigative report and associated memoranda.

    _____/s/_____
    Terrell N. Roberts, III
    Attorney for Plaintiff
    6801 Kenilworth Avenue, Suite 202
    Riverdale, Maryland 20737
    (301) 699-0764

**CERTIFICATE OF SERVICE**

A copy hereof was mailed this 27th day of May, 2008, to:

    Office of the Attorney General
    Darrell Chambers, Esq.
    441 Fourth Street, N.W.
    Washington, D.C. 20001

    Valyncia Simmons
    Attorney for Jonathan Branch and Tony Mason
    Office of the Attorney General
    441 Fourth Street, N.W.
    Washington, D.C. 20001

                                                                           /s/_____
                                                        Terrell N. Roberts, III

Amended answer to motion in limine.wpd