UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATHANIEL HOWARD, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>OFFICER TONY MASON, *et al.*, )<br> )<br> Defendants. ) | Civil Action No. 06-885 (ESH) |

## ORDER

Pursuant to the pretrial hearing held on June 2, 2008, and for the reasons stated in open court, it is hereby **ORDERED**:

(1) Jury: The jury shall consist of eight members with no alternates. Each side shall have three peremptory challenges.

(2) Plaintiff's Witnesses: Vermell Howard will not be called by plaintiff. Plaintiff is limited to two witnesses (in addition to plaintiff himself) to testify about plaintiff's compensatory damages. Todd Young will not testify about plaintiff's statements in plaintiff's case-in-chief. Defendants' objections based on cumulativeness are otherwise overruled. The Court withholds judgment on defendants' objection to the testimony of Kenneth Bellamy until it has the opportunity to review the parties' pleadings on this issue.

(3) Defendants' Witnesses: The Court sustains plaintiff's objection to the testimony of Sharnise Jones-Howard. The Court withholds judgment on plaintiff's objection to the testimony of Officer Kai Gainey until it has the opportunity to review the parties' briefs on this issue.

(4) Plaintiff's Exhibits: The Court sustains defendants' objection to Exh. 9 to the extent it includes plaintiff's statements. The Court overrules defendants' objections to Exhs. 10, 11, 13, 14, and 16. The Court reserves judgment on Exhs. 12, 18-20. Defendants shall file a legal memorandum explaining their objections to Exhs. 18-20 by June 23, 2008.

(5) <u>Defendants' Exhibits</u>:  Exh. 1 is not needed unless plaintiff denies his prior conviction.  Defendants have withdrawn Exhs. 2 and 5.  The Court reserves judgment on Exh. 4.

(6) <u>Opening Statements</u>:  Plaintiff's opening statement shall not exceed 45 minutes.  Defendants opening statements shall not exceed 30 minutes each.

(7) <u>Parties' Briefs</u>:  Parties are to submit legal memoranda addressing any outstanding issues on or before June 23, 2008; any response by the opposing party is due July 3, 2008.

(8) <u>Trial Date</u>:  Trial is set for February 2, 2009, at 9:30 a.m., in Courtroom 14.

**SO ORDERED**.

                                                    /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 2, 2008