IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NATHANIEL HOWARD

    Plaintiff

vs.                                                      Civil No. 06-0885 (ESH)

THE DISTRICT OF COLUMBIA, et al

    Defendants

**MEMORANDUM OF LAW IN SUPPORT OF ADMISSION OF EMT REPORT**

Nathaniel Howard, plaintiff, by counsel, submits this memorandum of law in support of the admission of the EMT report, which plaintiff noted as a exhibit on the pretrial statement. At the pretrial conference on June 2, 2008, the Court indicated that the EMT report was not admissible in so far as the plaintiff's statements to the EMT technician. A copy of the EMT report is attached. The Court indicated that plaintiff's statements as indicated in the report were hearsay. Plaintiff submits that the plaintiff's statements in the report are admissible under F.R.Evid. 803 (4).

    F.R.Evid. 803 (4) states:

> The following are not excluded by the hearsay rule, even though the declarant is available as a witness:
>
> > Statements made for the purpose of medical diagnosis and treatment and describing medical history, or past or present symptoms, pain, or sensations, or the inception or general character of the cause or external source thereof insofar as reasonably pertinent to diagnosis or treatment.

The EMT report is clearly admissible under this Rule. The EMT report was written by Christopher Young, who is an advanced emergency medical technician for the District of Columbia fire department. Mr. Young Young assessed Mr. Howard's condition immediately

after the incident. He applied a splint to Howard's right arm and helped transport him to the Washington Hospital Center. Mr. Young testified as to the content of the EMT report, which he called a "151 run sheet." Excerpts of Mr. Young's testimony are attached. The narrative portion of Young's report reads as follows:

> Found 37-year old male leaning against the fence. Patient states while handcuffed by MPD feet were taken out causing patient to fall to ground landing on right arm. Pain complained of pain, numbness. Rates pain 10 out of 10. Redness, swelling present, motor function to fingers okay, exposed injured arm, splint extremity ... check motor function senosry, vital signs 160 over 100, pulse 74, respiration 20, O2 SAT (saturation). Transported to Washington Hospital Center for further evaluation. Also slight redness to both left and right wrist.

Howard's statement was made for the purpose of "medical diagnosis and treatment" and explains the "cause" or "external source" of his pain. An EMT is trained to evaluate a person's injury and condition and render appropriate treatment. Further, the history noted on the report is used by doctors and nurses at the hospital for purpose of medical diagnosis and treatment at that institution. (The report was made a part of Washington Hospital records on Nathaniel and was furnished as part of a request for records from that institution.)

Therefore, the ambulance or EMT report is admissible under F.R. Evid. 803 (4).

_____/s/_____
Terrell N. Roberts, III
Attorney for Plaintiff
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764

**CERTIFICATE OF SERVICE**

A copy hereof was mailed this 2nd day of June, 2008, to:

Office of the Attorney General

Darrell Chambers, Esq.
441 Fourth Street, N.W.
Washington, D.C. 20001

Valyncia Simmons
Attorney for Jonathan Branch and Tony Mason
Office of the Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001

_____/s/_____
Terrell N. Roberts, III

Memorandum of law re EMT report.wpd