| | |
|---|---|
| A-27 | 34nd M oto S/E |
| PATIENT LAST NAME | |
| Howard | Nathaniel  08/14/1968  37  M  01/31/2006 |
| STREET ADDRESS | 332 D St S/E |
| CITY | Washington  DC  20019  SSN: 577-131-2595 |

**FOR ALL NON-TRANSPORTS CHECK ONE BELOW**
- ☐ Assist Only
- ☐ Call Canceled
- ☐ No Patient Found
- ☐ PDOA
- ☐ RMA-SR
- ☐ Standby

LEGAL GUARDIAN/NEXT OF KIN: ☒ NONE
INSURANCE: ☒ NONE KNOWN

☒ NONE KNOWN (medical history)

Chief complaint: (R) Arm Pain

Pain: First 10/10   Pain: Last 10/10

Narrative:
Found 37 y/o male leaning against fence. Pt states while handcuffed by MPD feet were taken out causing pt to fall to ground landing on (R) arm. Pt c/o pain numbness over. Rates pain 10 out of 10. Redness + swelling present. Motor function to fingers + arm. Exposed injured arm. Splint extremity. Checked motor function + sensory. Vital signs 160/100 pulse 74 resp 20 O2 sat 96%. Transport to Hospital for full evaluation. Also slight redness to (L) (R) wrist.

Transported to Hospital # 13

**INJURY CODES** — 6. Burn (thermal), 7. Fracture (Dis) circled; 10. Pain

| Time: | | | |
|---|---|---|---|
| Position: | standing | | standing |
| B/P: | 160/100 | / | 140/90 |
| Pulse Rate: | 74 | | 62 |
| Resp. Rate: | 18 | | 18 |
| Resp. Quality: | 1 | | 1 |
| Pulse Ox: | 96 %on | %on | 96 %on |

GCS: Eye 4/4, Verbal 5/5, Motor 6/6, Total 15/15
Skin: Normal
Pupils: Normal, Cap refill WNL Y/N Y

O2: Venturi

CREW MEMBER 1: James 026
CREW MEMBER 2: Young 260

Howard, Nathaniel  37M  08/14/1968
BN: 19550680
MRN: 2342573
01/31/2006  21:53

848384