Deposition of Christopher Young
Taken on December 12, 2006
Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 1 of 8

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT FOR

 2                  THE DISTRICT OF COLUMBIA

 3   NATHANIEL HOWARD

 4           Plaintiff

 5       -v-                          Civil 06-0885 (ESH)

 6   THE DISTRICT OF COLUMBIA,

 7   et al.

 8           Defendants

 9   _____/

10

11           Pursuant to Notice, the deposition of

12   CHRISTOPHER YOUNG was taken on Tuesday, December

13   12th, 2006, commencing at 10:27 a.m., at the law

14   offices of the Attorney General, 441 4th Street

15   NW, Washington, D.C., before Jacqueline Kimball, a

16   Registered Professional Reporter and Notary

17   Public.

18

19       Corbin & Hook Reporting and Videoconferencing

20              Serving MD, DC, No.VA & DE

21           Reported by JACQUELINE KIMBALL, RPR
```

Deposition of Christopher Young
Taken on December 12, 2006
Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 2 of 8

Page 2

```
 1                    APPEARANCES
 2   ON BEHALF OF THE PLAINTIFF:
 3        TERRELL N. ROBERTS, III, ESQ.,
 4        6801 Kenilworth Avenue, Suite 202
 5        Riverdale, Maryland  20737
 6        (391) 699-0764
 7   ON BEHALF OF THE DEFENDANTS:
 8        CARL J. SCHIFFERLE, ESQ.,
 9        Office of the Attorney General
10        441 4th Street, NW
11        Washington, D.C.  20001
12        (202) 724-6624
13
14
15
16
17
18
19
20
21
```

*Deposition of Christopher Young*
*Taken on December 12, 2006*
Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 3 of 8

Page 3

```
 1                          INDEX

 2   WITNESS NAME: CHRISTOPHER YOUNG

 3          EXAMINATION BY MR. ROBERTS                    4

 4          EXAMINATION BY MR. SCHIFFERLE                22

 5          EXAMINATION BY MR. ROBERTS                   23

 6

 7   EXHIBITS:

 8   1 - Ambulance Run Sheet                              6

 9   2 - Computer Printout                               16

10

11

12

13

14

15

16

17

18

19

20

21
```

Deposition of Christopher Young
Taken on December 12, 2006
Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 4 of 8

Page 4

```
 1                    CHRISTOPHER YOUNG,
 2   Called for examination, having been duly sworn to
 3   tell the truth, the whole truth and nothing but the
 4   truth, testified as follows:
 5                       EXAMINATION
 6   BY MR. ROBERTS:
 7        Q.   Please state your full and complete name.
 8        A.   Christopher Todd Young, Y-O-U-N-G.
 9        Q.   Your address, please?
10        A.   6934 Hanover Parkway, Apartment 400,
11   Greenbelt, Maryland 20770.
12        Q.   Your current work?
13        A.   I'm an emergency medical technician with
14   D.C. fire department.
15        Q.   How long have you been so employed?
16        A.   Twenty-one years.
17        Q.   What kind of an EMT are you?
18        A.   Emergency, just emergency medical
19   technician, what is considered advanced EMT.
20        Q.   Are you an advanced EMT?
21        A.   Yes, sir, um-hmm.
```

Deposition of Christopher Young
Taken on December 12, 2006
Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 5 of 8

Page 5

```
1        Q.   When did you obtain that sort of grade?
2        A.   Within three years, three or four years.
3        Q.   What training did you receive for that
4    classification?
5        A.   As far as training, six months in-house
6    training and about two months on-the-street
7    training.
8        Q.   What does the six-month in-house training
9    consist of?
10       A.   Basically just learning new techniques,
11   new type of drugs that we're able to give,
12   starting IVs, intravenous lines.  That's about it
13   basically.
14       Q.   We're here today about an incident which
15   occurred on January 31st of 2006.  At that time
16   where were you assigned?
17       A.   Ambulance 27.
18       Q.   That's what firehouse?
19       A.   4100 block of Minnesota Avenue.  It's
20   engine 27, ambulance 27.  4100 block of Minnesota
21   Avenue.
```

Deposition of Christopher Young
Taken on December 12, 2006
Case 1:06-cv-00885-ESH    Document 37-3    Filed 06/02/2008    Page 6 of 8

Page 6

1    Q.   I'm going to show you, in fact, you've got
2  with you -- I'm going to go ahead and mark it.
3              (Exhibit 1 marked.)
4  BY MR. ROBERTS:
5    Q.   Referring to what's marked as Exhibit 1,
6  can you identify that document?
7    A.   Yes, sir, it's basically just a typical
8  151 run sheet that we use for calls.
9    Q.   Is that document completed by you?
10   A.   Yes, sir, um-hmm.
11   Q.   Is that an accurate copy of the document
12  that you actually completed?
13   A.   Yes, sir.
14   Q.   I notice that the incident dispatch time
15  and in-service time are missing.
16   A.   Yes, sir.
17   Q.   Why is that?
18   A.   Sometimes, usually if the communications
19  are so busy they don't have time to give you the
20  numbers, they want you to call back.  But even if
21  you do try to call back, they still don't have

Case 1:06-cv-00885-ESH   Document 37-3   Filed 06/02/2008   Page 7 of 8
*Deposition of Christopher Young*
*Taken on December 12, 2006*

Page 7

```
 1    time to give you the numbers, times and numbers.
 2         Q.   Do we happen to know what the actual
 3    incident number is from reviewing other documents
 4    here?  Take a look, I've just shown you an event.
 5         A.   Yes, sir.
 6         Q.   Take a look and compare.  Can you tell me
 7    what the incident number is?
 8         A.   Yes, sir, the one right here is 12518.
 9         Q.   Is that the incident for this
10    particular --
11         A.   For the call, yes, sir.
12         Q.   First of all, regarding this document,
13    this is in your handwriting, correct?
14         A.   Yes, sir, um-hmm.
15         Q.   Can you read for us the narrative that's
16    on this document?
17         A.   Yes, sir, um-hmm, sure.
18         Q.   Word for word, please.
19         A.   Starting from the top or starting with the
20    narrative?
21         Q.   Starting at the narrative.
```

```
1      A.   Okay.  Found 37-year-old male leaning
2   against fence.  Patient states while handcuffed by
3   MPD feet were taken out causing patient to fall to
4   ground landing on right arm.  Patient complained
5   of pain, numbness.  Rates pain 10 out of 10.
6   Redness, swelling present, motor function to
7   fingers okay, exposed injured arm, splint
8   extremity -- what's that, extremity -- oh, check
9   motor function sensory, vital signs 160 over 100,
10  pulse 74, respiration 20, O2 SAT 96.  Transported
11  to Washington Hospital Center for further
12  evaluation.  Also slight redness to both left and
13  right wrist.
14     Q.   When would you have filled this portion of
15  the form out?
16     A.   Usually, sir, when we get to the hospital
17  I usually make notes and read it to the hospital
18  and then fill the complete report out at the
19  hospital.
20     Q.   Do you happen to have the notes with you
21  that you made?
```