UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL HOWARD )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>OFFICER TONY MASON, *et al.,* )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 06-0885 (ESH) |

ORDER

Before the Court is Defendants' Memorandum Of Law In Opposition To Plaintiff's Memorandum In Support Of Admission Of Emt Report. Upon consideration of the Motion and the Defendants' opposition thereto, it is this \_\_\_\_ day of _____, 2008:

**ORDERED** that the Plaintiff's Motion be, and it is hereby DENIED; and it is

**FURTHER ORDERED** that Plaintiff shall be precluded from introducing the Plaintiff's hearsay statements contained in the EMT report, and such report shall be redacted to exclude any hearsay statement made by the Plaintiff.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies served upon:

Valyncia Simmons
Special Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Darrell Chambers
Assistant Attorney General
Office of the Attorney General

441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Terrell N. Roberts, III
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
Attorney for Plaintiff